IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON ROBERT WASHINGTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAN FRANCISCO COUNTY JAIL #5, et al.,) <br> ) <br> Defendants. ) <br> _____ ) | No. C 09-2639 MMC (PR) <br><br> **ORDER OF DISMISSAL; DENYING LEAVE TO PROCEED IN FORMA PAUPERIS** <br><br> **(Docket Nos. 2, 4)** |

On June 15, 2009, plaintiff, a California prisoner then incarcerated at the San Francisco County Jail and proceeding pro se, filed the above-titled civil rights action pursuant to 42 U.S.C. § 1983. Together with his complaint, plaintiff filed an incomplete application to proceed in forma pauperis ("IFP"). That same date, the Court notified plaintiff in writing that the action was deficient due to plaintiff's failure to pay the requisite filing fee or, instead, to submit a completed court-approved IFP application. Specifically, in said notice, plaintiff was advised that he must attach a copy of his prisoner trust account statement showing transactions for the last six months. Plaintiff was further advised that his failure to pay the filing fee or, alternatively, to file a completed IFP application, within thirty days, would result in dismissal of the action. Along with said notice, plaintiff was sent a copy of the court-approved prisoner's IFP application, instructions for completing it, and a return envelope.

On July 6, 2009, plaintiff filed a new IFP application. The application, however, suffers from the same deficiency as petitioner's first IFP application. Specifically, the new

IFP application, to which is attached a photocopy of the Certificate of Funds in Prisoner's Account from the first IFP application, does not include a copy of plaintiff's prisoner trust account statement showing transactions for the last six months.

As more than thirty days have passed since the deficiency notice was sent to plaintiff and he has not filed a completed IFP application or paid the filing fee, the above-titled action is hereby DISMISSED without prejudice.

The incomplete application to proceed in forma pauperis is hereby DENIED and no fee is due.

This order terminates Docket Nos. 2 and 4.

The Clerk shall close the file.

IT IS SO ORDERED.

DATED: November 2, 2009

_____
MAXINE M. CHESNEY
United States District Judge

2