IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MILTON ROBERT WASHINGTON,

No. CV-09-2639 MMC (PR)

　　　　　　Plaintiff

**JUDGMENT IN A CIVIL CASE**

　v.

SAN FRANCISCO COUNTY JAIL #5, et al.,

　　　　　　Defendants.

_____/

　　　**()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　　　**(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

　　　　**IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice..

Dated: November 2, 2009　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　By: Tracy Lucero
　　　　　　　　　　　　　　　　　　　Deputy Clerk